1  William P. Ramey
   **RAMEY LLP**
2  5020 Montrose Blvd., Suite 800
   Houston, Texas 77006
3  Telephone: (713) 426-3923
   Email: wramey@rameyfirm.com
4
   *Attorneys for Plaintiff HALEY IP, LLC*
5

6  Michael J. Zinna
   Vincent M. Ferraro
7  **KELLEY DRYE & WARREN LLP**
   3 World Trade Center
8  175 Greenwich Street
   New York, New York 10007
9  Telephone: (212) 808-7800
   Email: mzinna@kelleydrye.com
10 Email: vferraro@kelleydrye.com

11 *Attorneys for Defendant MOTIVE TECHNOLOGIES, INC.*

12
                    **UNITED STATES DISTRICT COURT**
13                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14 | HALEY IP, LLC, | Case No. 4:23-cv-02923-HSG |
   |---|---|
15 | Plaintiff, | **STIPULATION AND ORDER SETTING DEADLINE FOR DEFENDANT MOTIVE TECHNOLOGIES, INC. TO RESPOND TO THE COMPLAINT PURSUANT TO CIVIL L.R. 6-1(a)** |
16 | v. | |
17 | MOTIVE TECHNOLOGIES, INC., | |
18 | Defendant. | Hon. Haywood S. Gilliam, Jr. |

19
20
21
22
23
24
25
26
27
28

|   |   |
|---|---|
| 1 | Pursuant to Civil Local Rule 6-1(a), Plaintiff Haley IP, LLC ("Haley") and Defendant Motive Technologies, Inc. ("Motive") (collectively, the "Parties") stipulate as follows: |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Haley IP, LLC ("Haley") and Defendant Motive Technologies, Inc. ("Motive") (collectively, the "Parties") stipulate as follows:

WHEREAS, on June 13, 2023, this case was transferred to this District from the United States District Court for the Western District of Texas (Waco Division). *See* Order of Transfer, June 13, 2023, ECF No. 27.

WHEREAS, the Parties agree that Motive's deadline to answer or otherwise respond to the Complaint is July 14, 2023.

NOW THEREFORE, pursuant to Civil L.R. 6-1(a), the Parties, through their respective counsel, hereby stipulate as follows:

Motive's deadline to answer or otherwise respond to the Complaint is hereby set to July 14, 2023.

**IT IS SO STIPULATED AND AGREED**.

Date: June 26, 2023

*/s/ William P. Ramey*
William P. Ramey
**RAMEY LLC**
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Email: wramey@rameyfirm.com

*Attorneys for PLAINTIFF HALEY IP, LLC*

Date: June 26, 2023

*/s/ Michael J. Zinna*
Michael J. Zinna
Vincent M. Ferraro
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
Email: mzinna@kelleydrye.com
Email: vferraro@kelleydrye.com

*Attorneys for Defendant MOTIVE TECHNOLOGIES, INC.*

Page | 2

STIPULATION AND ORDER SETTING DEADLINE FOR DEFENDANT MOTIVE TECHNOLOGIES, INC. TO RESPOND TO THE COMPLAINT PURSUANT TO CIVIL L.R. 6-1(a)
4:23-cv-02923-HSG

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 6/27/2023

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

Page | 3

STIPULATION AND ORDER SETTING DEADLINE FOR DEFENDANT MOTIVE
TECHNOLOGIES, INC. TO RESPOND TO THE COMPLAINT PURSUANT TO CIVIL L.R. 6-1(a)
4:23-cv-02923-HSG