William P. Ramey
**RAMEY LLP**
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Email: wramey@rameyfirm.com

*Attorneys for Plaintiff HALEY IP, LLC*

Michael J. Zinna
Vincent M. Ferraro
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Telephone: (212) 808-7800
Email: mzinna@kelleydrye.com
Email: vferraro@kelleydrye.com

*Attorneys for Defendant MOTIVE TECHNOLOGIES, INC.*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEY IP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MOTIVE TECHNOLOGIES, INC., <br><br> Defendant. | Case No. 4:23-cv-02923-HSG <br><br> **STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT MOTIVE TECHNOLOGIES, INC. TO RESPOND TO THE COMPLAINT PURSUANT TO CIVIL L.R. 6-1(a)** <br><br> Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Haley IP, LLC ("Haley") and Defendant Motive Technologies, Inc. ("Motive") (collectively, the "Parties") stipulate as follows:

WHEREAS, on June 13, 2023, this case was transferred to this District from the United States District Court for the Western District of Texas (Waco Division). *See* Order of Transfer, June 13, 2023, ECF No. 27.

WHEREAS, on June 26, 2023, the Parties stipulated and agreed that Motive's deadline to answer or otherwise respond to the Complaint should be set to July 14, 2023 (ECF No. 38), which the Court ordered on June 27, 2023 (ECF No. 39).

WHEREAS, the Parties agree to extend Motive's deadline to answer or otherwise respond to the Complaint by 14 days from July 14, 2023 to July 28, 2023.

WHEREAS, this extension of time will not alter the date of any event or any deadline already fixed by Court order.

NOW THEREFORE, pursuant to Civil L.R. 6-1(a), the Parties, through their respective counsel, hereby stipulate as follows:

Motive's deadline to answer or otherwise respond to the Complaint is extended by 14 days from July 14, 2023 to July 28, 2023.

**IT IS SO STIPULATED AND AGREED**.

Date: July 10, 2023    */s/ William P. Ramey*
William P. Ramey
**RAMEY LLC**
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Email: wramey@rameyfirm.com

*Attorneys for PLAINTIFF HALEY IP, LLC*

Page | 2

STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT MOTIVE TECHNOLOGIES, INC. TO RESPOND TO THE COMPLAINT PURSUANT TO CIVIL L.R. 6-1(a)
4:23-cv-02923-HSG

Date: July 10, 2023             /s/ Michael J. Zinna
                                Michael J. Zinna
                                Vincent M. Ferraro
                                **KELLEY DRYE & WARREN LLP**
                                3 World Trade Center
                                175 Greenwich Street
                                New York, New York 10007
                                Telephone: (212) 808-7800
                                Facsimile: (212) 808-7897
                                Email: mzinna@kelleydrye.com
                                Email: vferraro@kelleydrye.com

                                *Attorneys for Defendant MOTIVE TECHNOLOGIES, INC.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 7/11/2023                _____
                                HONORABLE HAYWOOD S. GILLIAM, JR.
                                UNITED STATES DISTRICT JUDGE

Page | 3

STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT MOTIVE TECHNOLOGIES, INC. TO RESPOND TO THE COMPLAINT PURSUANT TO CIVIL L.R. 6-1(a)
4:23-cv-02923-HSG