1  William P. Ramey
   **RAMEY LLP**
2  5020 Montrose Blvd., Suite 800
   Houston, Texas 77006
3  Telephone: (713) 426-3923
   Email: wramey@rameyfirm.com
4
   *Attorneys for Plaintiff HALEY IP, LLC*
5

6  Michael J. Zinna
   Vincent M. Ferraro
7  **KELLEY DRYE & WARREN LLP**
   3 World Trade Center
8  175 Greenwich Street
   New York, New York 10007
9  Telephone: (212) 808-7800
   Email: mzinna@kelleydrye.com
10 Email: vferraro@kelleydrye.com

11 *Attorneys for Defendant MOTIVE TECHNOLOGIES, INC.*

12
                    **UNITED STATES DISTRICT COURT**
13                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14 | HALEY IP, LLC, | Case No. 4:23-cv-02923-HSG |
|---|---|
15 | Plaintiff, | **STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT MOTIVE TECHNOLOGIES, INC. TO RESPOND TO THE COMPLAINT PURSUANT TO CIVIL L.R. 6-1(a)** |
16 | v. | |
17 | MOTIVE TECHNOLOGIES, INC., | |
18 | Defendant. | Hon. Haywood S. Gilliam, Jr. |

19
20
21
22
23
24
25
26
27
28

Pursuant to Civil Local Rule 6-1(a), Plaintiff Haley IP, LLC ("Haley") and Defendant Motive Technologies, Inc. ("Motive") (collectively, the "Parties") stipulate as follows:

WHEREAS, on June 13, 2023, this case was transferred to this District from the United States District Court for the Western District of Texas (Waco Division).  *See* Order of Transfer, June 13, 2023, ECF No. 27.

WHEREAS, on June 26, 2023, the Parties stipulated and agreed that Motive's deadline to answer or otherwise respond to the Complaint should be set to July 14, 2023 (ECF No. 38), which the Court ordered on June 27, 2023 (ECF No. 39).

WHEREAS, on July 10, 2023, the Parties stipulated and agreed to extend Motive's deadline to answer or otherwise respond to the Complaint by 14 days from July 14, 2023 to July 28, 2023 (ECF No. 42), which the Court ordered on July 11, 2023 (ECF No. 43).

WHEREAS, the Parties agree to extend Motive's deadline to answer or otherwise respond to the Complaint by 14 days from July 28, 2023 to August 11, 2023.

WHEREAS, this extension of time will not alter the date of any event or any deadline already fixed by Court order.

NOW THEREFORE, pursuant to Civil L.R. 6-1(a), the Parties, through their respective counsel, hereby stipulate as follows:

Motive's deadline to answer or otherwise respond to the Complaint is extended by 14 days from July 28, 2023 to August 11, 2023.

**IT IS SO STIPULATED AND AGREED**.

Date: July 26, 2023

*/s/ William P. Ramey*
William P. Ramey
**RAMEY LLC**
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Email: wramey@rameyfirm.com

*Attorneys for PLAINTIFF HALEY IP, LLC*

Page | 2

STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT MOTIVE TECHNOLOGIES, INC. TO RESPOND TO THE COMPLAINT PURSUANT TO CIVIL L.R. 6-1(a)
4:23-cv-02923-HSG

Date: July 26, 2023                 /s/ Michael J. Zinna
                                    Michael J. Zinna
                                    Vincent M. Ferraro
                                    **KELLEY DRYE & WARREN LLP**
                                    3 World Trade Center
                                    175 Greenwich Street
                                    New York, New York 10007
                                    Telephone: (212) 808-7800
                                    Facsimile: (212) 808-7897
                                    Email: mzinna@kelleydrye.com
                                    Email: vferraro@kelleydrye.com

                                    *Attorneys for Defendant MOTIVE TECHNOLOGIES, INC.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   7/27/2023

                                    HONORABLE HAYWOOD S. GILLIAM, JR.
                                    UNITED STATES DISTRICT JUDGE

Page | 3

STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT MOTIVE
TECHNOLOGIES, INC. TO RESPOND TO THE COMPLAINT PURSUANT TO CIVIL L.R. 6-1(a)
4:23-cv-02923-HSG