1  William P. Ramey
   **RAMEY LLP**
2  5020 Montrose Blvd., Suite 800
   Houston, Texas 77006
3  Telephone: (713) 426-3923
   Email: wramey@rameyfirm.com
4
   *Attorneys for Plaintiff HALEY IP, LLC*
5

6  Michael J. Zinna
   Vincent M. Ferraro
7  **KELLEY DRYE & WARREN LLP**
   3 World Trade Center
8  New York, New York 10007
   Telephone: (212) 808-7800
9  Email: mzinna@kelleydrye.com
   Email: vferraro@kelleydrye.com
10
   *Attorneys for Defendant MOTIVE TECHNOLOGIES, INC.*
11

12           **UNITED STATES DISTRICT COURT**
          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
13                    **OAKLAND DIVISION**

| HALEY IP, LLC, | Case No.: 4:23-cv-02923-HSG |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT MOTIVE TECHNOLOGIES, INC. TO RESPOND TO THE COMPLAINT PURSUANT TO CIVIL L.R. 6-1(a)** |
| v. | |
| MOTIVE TECHNOLOGIES, INC., | |
| Defendant. | Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Haley IP, LLC ("Haley") and Defendant Motive Technologies, Inc. ("Motive") (collectively, the "Parties") stipulate as follows:

WHEREAS, on June 13, 2023, this case was transferred to this District from the United States District Court for the Western District of Texas (Waco Division). *See* Order of Transfer, June 13, 2023, ECF No. 27.

WHEREAS, on June 26, 2023, the Parties stipulated and agreed that Motive's deadline to answer or otherwise respond to the Complaint should be set to July 14, 2023 (ECF No. 38), which the Court ordered on June 27, 2023 (ECF No. 39).

WHEREAS, on July 10, 2023, the Parties stipulated and agreed to extend Motive's deadline to answer or otherwise respond to the Complaint by 14 days from July 14, 2023 to July 28, 2023 (ECF No. 42), which the Court ordered on July 11, 2023 (ECF No. 43).

WHEREAS, on July 26, 2023, the Parties stipulated and agreed to extend Motive's deadline to answer or otherwise respond to the Complaint by 7 days from July 28, 2023 to August 11, 2023 (ECF No. 44), which the Court ordered on July 27, 2023 (ECF No. 45).

WHEREAS, the Parties agree to extend Motive's deadline to answer or otherwise respond to the Complaint by 7 days from August 11, 2023 to August 18, 2023.

WHEREAS, this extension of time will not alter the date of any event or any deadline already fixed by Court order.

NOW THEREFORE, pursuant to Civil L.R. 6-1(a), the Parties, through their respective counsel, hereby stipulate as follows:

Motive's deadline to answer or otherwise respond to the Complaint is extended by 7 days from August 11, 2023 to August 18, 2023.

Page | 2

STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT MOTIVE TECHNOLOGIES, INC. TO RESPOND TO THE COMPLAINT PURSUANT TO CIVIL L.R. 6-1(a)
4:23-cv-02923-HSG

1    **IT IS SO STIPULATED AND AGREED**.

3    Date: August 9, 2023        */s/ William P. Ramey*
                                 William P. Ramey
                                 **RAMEY LLC**
                                 5020 Montrose Blvd., Suite 800
                                 Houston, Texas 77006
                                 Telephone: (713) 426-3923
                                 Email: wramey@rameyfirm.com

                                 *Attorneys for PLAINTIFF HALEY IP, LLC*

9    Date: August 9, 2023        */s/ Michael J. Zinna*
                                 Michael J. Zinna
                                 Vincent M. Ferraro
                                 **KELLEY DRYE & WARREN LLP**
                                 3 World Trade Center
                                 New York, New York 10007
                                 Telephone: (212) 808-7800
                                 Facsimile: (212) 808-7897
                                 Email: mzinna@kelleydrye.com
                                 Email: vferraro@kelleydrye.com

                                 *Attorneys for Defendant MOTIVE TECHNOLOGIES, INC.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   8/10/2023        _____
                          HONORABLE HAYWOOD S. GILLIAM, JR.
                          UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT MOTIVE
TECHNOLOGIES, INC. TO RESPOND TO THE COMPLAINT PURSUANT TO CIVIL L.R. 6-1(a)
4:23-cv-02923-HSG