Susan S.Q. Kalra (State Bar No. 167940)
Email: skalra@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (800) 993-7499

William P. Ramey, III (*pro hac vice anticipated*)
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923

*Attorneys for Plaintiff Haley IP, LLC*

Michael J. Zinna
Vincent M. Ferraro
**Kelley Drye & Warren LLP**
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Telephone: (212) 808-7800
Email: mzinna@kelleydrye.com
Email: vferraro@kellydrye.com

*Attorneys for Defendant Motive Technologies, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| HALEY IP, LLC,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>MOTIVE TECHNOLOGIES, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.: 4:23-cv-02923-HSG<br><br>**STIPULATION AND ORDER EXTENDING THE BRIEFING SCHEDULE REGARDING DEFENDANT MOTIVE TECHNOLOGIES, INC.'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Hon. Haywood S. Gilliam, Jr. |

1

STIPULATION AND ORDER EXTENDING THE BRIEFING SCHEDULE REGARDING
DEFENDANT MOTIVE TECHNOLOGIES, INC.'S MOTION TO DISMISS THE COMPLAINT
PURSUANT TO FED. R. CIV. P. 12(B)(6); CASE NO.: 4:23-CV-02923-HSG

1
2    Pursuant to Local Civil Rule 6-1(b) and 6-2, Plaintiff Haley IP, LLC ("Haley") and
3  Defendant Motive Technologies, Inc. ("Motive") (collectively, the "Parties") stipulate as
4  follows:
5
6    WHEREAS, on August 18, 2023, Motive filed a Notice of Motion and Motion to
7  Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) ("Motion"). ECF No. 50. The
8  Motion is currently noticed to be heard before Your Honor on November 9, 2023.
9    WHEREAS, due to prior commitments for both parties, the Parties agreed to extend the
10 briefing schedule for the Motion as set forth below:
11
12   • September 15, 2023:  Haley's Opposition deadline (previously September 1,
13     2023); and
14   • September 29, 2023:  Motive's Reply deadline (previously September 8, 2023).
15
16   WHEREAS, the Parties do not seek to adjourn the current hearing date for the Motion,
17 set for November 9, 2023.
18   WHEREAS, the Parties have previously agreed to extend Motive's deadline to respond
19 to the Complaint three times (ECF Nos. 42, 44, 46), but have not previously sought to amend
20 this briefing schedule.
21
22   WHEREAS, the proposed revised briefing schedule for Motive's Motion will not affect
23 the rest of the schedule for the case.
24
25
26
27
28

2

STIPULATION AND ORDER EXTENDING THE BRIEFING SCHEDULE REGARDING
DEFENDANT MOTIVE TECHNOLOGIES, INC.'S MOTION TO DISMISS THE COMPLAINT
PURSUANT TO FED. R. CIV. P. 12(B)(6); CASE NO.: 4:23-CV-02923-HSG

NOW THEREFORE, pursuant to Civil L.R. 6-1(b) and 6-2, the Parties, through their respective counsel, hereby stipulate as follows:

The briefing schedule for Motive's Motion is extended as follows:

- <u>September 15, 2023</u>:  Haley's Opposition deadline; and

- <u>September 29, 2023</u>:  Motive's Reply deadline.

**IT IS SO STIPULATED AND AGREED.**

Dated: August 31, 2023                                             Respectfully submitted,

RAMEY LLP

<u>/s/ Susan S.Q. Kalra</u>
Susan S.Q. Kalra (State Bar No. 167940)
Email: skalra@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (800) 993-7499
Fax: (832) 900-4941

***Attorneys for Plaintiff Haley IP, LLC***

<u>/s/  Michael J. Zinna</u>
Michael J. Zinna
Vincent M. Ferraro
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
Email: mzinna@kelleydrye.com
Email: vferraro@kelleydrye.com

***Attorneys for Defendant***
***MOTIVE TECHNOLOGIES, INC.***

3

STIPULATION AND ORDER EXTENDING THE BRIEFING SCHEDULE REGARDING DEFENDANT MOTIVE TECHNOLOGIES, INC.'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6); CASE NO.: 4:23-CV-02923-HSG

**FILER'S ATTESTATION**

I, Susan S.Q. Kalra, am the ECF user whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER EXTENDING THE BRIEFING SCHEDULE REGARDING DEFENDANT MOTIVE TECHNOLOGIES, INC.'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**. In compliance with Civil L.R. 5-1(h)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, have concurred in the filing of this document.

Date:   August 31, 2023                            /s/ Susan S.Q. Kalra
                                                   Susan S.Q. Kalra

4

STIPULATION AND [PROPOSED] ORDER EXTENDING THE BRIEFING SCHEDULE REGARDING DEFENDANT MOTIVE TECHNOLOGIES, INC.'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6); CASE NO.: 4:23-CV-02923-HSG

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 9/5/2023

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

5

STIPULATION AND ORDER EXTENDING THE BRIEFING SCHEDULE REGARDING DEFENDANT MOTIVE TECHNOLOGIES, INC.'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6); CASE NO.: 4:23-CV-02923-HSG