1  Susan S.Q. Kalra (State Bar No. 167940)
   Email: skalra@rameyfirm.com
2  RAMEY LLP
3  5020 Montrose Blvd., Suite 800
   Houston, TX 77006
4  Telephone: (800) 993-7499

5
   William P. Ramey, III (*pro hac vice anticipated*)
6  Email: wramey@rameyfirm.com
   RAMEY LLP
7  5020 Montrose Blvd., Suite 800
   Houston, TX 77006
8  Telephone: (713) 426-3923

9
   *Attorneys for Plaintiff Haley IP, LLC*
10
   Michael J. Zinna
11 Vincent M. Ferraro
   **Kelley Drye & Warren LLP**
12 3 World Trade Center
   175 Greenwich Street
13 New York, New York 10007
   Telephone: (212) 808-7800
14 Email: mzinna@kelleydrye.com
   Email: vferraro@kellydrye.com
15
16 *Attorneys for Defendant Motive Technologies, Inc.*

17           **IN THE UNITED STATES DISTRICT COURT**

18          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

19                      **OAKLAND DIVISION**

20
   | HALEY IP, LLC, | Case No.: 4:23-cv-02923-HSG |
   |---|---|
   | Plaintiff, | **STIPULATION AND ORDER EXTENDING THE BRIEFING SCHEDULE REGARDING DEFENDANT MOTIVE TECHNOLOGIES, INC.'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)** |
   | v. | |
   | MOTIVE TECHNOLOGIES, INC., | |
   | Defendant. | |
   | | Hon. Haywood S. Gilliam, Jr. |

                                1

STIPULATION AND ORDER EXTENDING THE BRIEFING SCHEDULE REGARDING
DEFENDANT MOTIVE TECHNOLOGIES, INC.'S MOTION TO DISMISS THE
COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6); CASE NO.: 4:23-CV-02923-HSG

Pursuant to Local Civil Rule 6-1(b) and 6-2, Plaintiff Haley IP, LLC ("Haley") and Defendant Motive Technologies, Inc. ("Motive") (collectively, the "Parties") stipulate as follows:

WHEREAS, on August 18, 2023, Motive filed a Notice of Motion and Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) ("Motion"). ECF No. 50. The Motion is currently noticed to be heard before Your Honor on November 9, 2023.

WHEREAS, on August 31, 2023, the Parties agreed to extend the briefing schedule for the Motion and the Court granted the Parties' request. ECF Nos. 53 and 54.

WHEREAS, due to prior commitments for both parties, the Parties agreed to further extend the briefing schedule for the Motion as set forth below:

- September 22, 2023: Haley's Opposition deadline (previously September 15, 2023); and

- October 13, 2023: Motive's Reply deadline (previously September 29, 2023).

WHEREAS, the Parties do not seek to adjourn the current hearing date for the Motion, set for November 9, 2023.

WHEREAS, the Parties have previously agreed to extend Motive's deadline to respond to the Complaint three times (ECF Nos. 42, 44, 46), and have previously sought to amend this briefing schedule once (ECF No. 53).

WHEREAS, the proposed revised briefing schedule for Motive's Motion will not affect the rest of the schedule for the case.

2

STIPULATION AND ORDER EXTENDING THE BRIEFING SCHEDULE REGARDING DEFENDANT MOTIVE TECHNOLOGIES, INC.'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6); CASE NO.: 4:23-CV-02923-HSG

NOW THEREFORE, pursuant to Civil L.R. 6-1(b) and 6-2, the Parties, through their respective counsel, hereby stipulate as follows:

The briefing schedule for Motive's Motion is extended as follows:

- <u>September 22, 2023</u>:  Haley's Opposition deadline; and

- <u>October 13, 2023</u>:  Motive's Reply deadline.

**IT IS SO STIPULATED AND AGREED.**

Dated: September 14, 2023                                         Respectfully submitted,

                                                                  RAMEY LLP

                                                                  */s/ Susan S.Q. Kalra*
                                                                  Susan S.Q. Kalra (State Bar No. 167940)
                                                                  Email: skalra@rameyfirm.com
                                                                  RAMEY LLP
                                                                  5020 Montrose Blvd., Suite 800
                                                                  Houston, TX 77006
                                                                  Telephone: (800) 993-7499
                                                                  Fax: (832) 900-4941

                                                                  ***Attorneys for Plaintiff Haley IP, LLC***

                                                                  */s/ Michael J. Zinna*
                                                                  Michael J. Zinna
                                                                  Vincent M. Ferraro
                                                                  KELLEY DRYE & WARREN LLP
                                                                  3 World Trade Center
                                                                  175 Greenwich Street
                                                                  New York, New York 10007
                                                                  Telephone: (212) 808-7800
                                                                  Facsimile: (212) 808-7897
                                                                  Email: mzinna@kelleydrye.com
                                                                  Email: vferraro@kelleydrye.com

3

STIPULATION AND ORDER EXTENDING THE BRIEFING SCHEDULE REGARDING DEFENDANT MOTIVE TECHNOLOGIES, INC.'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6); CASE NO.: 4:23-CV-02923-HSG

*Attorneys for Defendant*
*MOTIVE TECHNOLOGIES, INC.*

### FILER'S ATTESTATION

I, Susan S.Q. Kalra, am the ECF user whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER EXTENDING THE BRIEFING SCHEDULE REGARDING DEFENDANT MOTIVE TECHNOLOGIES, INC.'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**. In compliance with Civil L.R. 5-1(h)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, have concurred in the filing of this document.

Date:   September 14, 2023                                         */s/ Susan S.Q. Kalra*
                                                                                      Susan S.Q. Kalra

4

STIPULATION AND ORDER EXTENDING THE BRIEFING SCHEDULE REGARDING DEFENDANT MOTIVE TECHNOLOGIES, INC.'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6); CASE NO.: 4:23-CV-02923-HSG

# **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 9/15/2023

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

5

STIPULATION AND ORDER EXTENDING THE BRIEFING SCHEDULE REGARDING DEFENDANT MOTIVE TECHNOLOGIES, INC.'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6); CASE NO.: 4:23-CV-02923-HSG