UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEY IP, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>MOTIVE TECHNOLOGIES, INC.,<br><br>            Defendant. | Case No. 23-cv-02923-HSG<br><br>**ORDER REGARDING DEFENDANT MOTIVE TECHNOLOGIES, INC.'S NOTICE**<br><br>Re: Dkt. No. 73 |

Defendant Motive Technologies, Inc. has filed a "notice" requesting "leave to file a motion for fees under 35 U.S.C. § 285 and/or the Court's inherent authority, or whatever other relief the Court deems proper." Dkt. No. 73 at 3. Even construing Defendant's "notice" as a motion, this case is closed following Plaintiff's voluntary dismissal under Fed. R. Civ. P. 41 and Defendant has cited no authority in support of such a request. Accordingly, the Court **DENIES** Defendant's request.

**IT IS SO ORDERED.**

Dated: 12/13/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge